## 63828. WILLIAMS v. THE STATE.

BIRDSONG, Judge.

Curtis Arthur Williams was convicted of burglary and sentenced to ten years, three to serve and seven on probation. He was subsequently released on probation. Following a revocation of probation hearing, the probation was vacated and the appellant sentenced to serve the unexpired portion of the original sentence. His appointed attorney has filed a motion to withdraw as counsel pursuant to Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493). In accordance with Anders, counsel has filed a brief raising points of law which he considered arguably could support an appeal. In addition, as required by *Bethay v. State,* 237 Ga. 625 (229 SE2d 406), we have fully examined the record and transcript to determine independently if there are any meritorious errors of law. We are in agreement with counsel that the points raised, though persuasively presented, have no merit nor does our independent examination disclose any errors of substance. Appellant has offered no objection to this motion, nor additional argument. Therefore, this court having granted the motion to withdraw, we now affirm the conviction (see *Snell v. State,* 246 Ga. 648 (272 SE2d 348); *Avery v. State,* 161 Ga. App. 229 (288 SE2d 298)). We are satisfied that the evidence adduced at trial, though circumstantial, was sufficient to enable any rational trier of fact to find that Williams in several particulars violated the terms of his probation beyond reasonable doubt. Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560); *Baldwin v. State,* 153 Ga. App. 35, 37 (264 SE2d 528).

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

DECIDED MAY 25, 1982.

*C. Deen Strickland, District Attorney, Charles C. Grile, Assistant District Attorney,* for appellee.